UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-314-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LVNV FUNDING, LLC, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties having filed a Joint Stipulation of Dismissal with Prejudice, [Record No. 24], and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' stipulation of dismissal with prejudice [Record No. 24], construed as joint motion to dismiss, is **GRANTED**.

2. The plaintiff's claims against Defendant LVNV Funding, LLC, are **DISMISSED**, with prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the Court's docket. The parties shall bear their respective costs, expenses, and attorney's fees.

This 3rd day of July, 2018.



Signed By:
*Danny C. Reeves* DCR
United States District Judge